Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MARIO RAMOS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| MARIO RAMOS, | Case No.: 1:15-cv-0561-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M, SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mario Ramos ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to January 29, 2016; and that Defendant shall have until February 29, 2016, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due March 14, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 9, 2015      Respectfully submitted,

         LAW OFFICES OF LAWRENCE D. ROHLFING

         /s/ *Steven G. Rosales*
         BY: _____
         Steven G. Rosales
         Attorney for plaintiff MARIO RAMOS

DATED: December 9, 2015      BENJAMIN WAGNER
         United States Attorney

         */s/ Sharon Lahey*
         _____
         Sharon Lahey
         Special Assistant United States Attorney
         Attorney for Defendant
         [*Via email authorization]

## ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 29, 2016, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to February 29, 2016 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due March 14, 2016.

IT IS SO ORDERED.

Dated: **December 10, 2015**      **/s/ Sandra M. Snyder**
                                                                        UNITED STATES MAGISTRATE JUDGE

