BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone: 415-977-8963
    Facsimile: 415-744-0134
    E-mail: Sharon.Lahey@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO RAMOS, | CIVIL NO. 1:15-cv-00561-SMS |
|     Plaintiff, | |
| vs. | **DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF; ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
|     Defendant. | |

    DEFENDANT CAROLYN W. COLVIN, Acting Commissioner Of Social Security (Defendant) hereby moves this Honorable Court to grant her unopposed motion for a 14-day extension of time to file her response Plaintiff Mario Ramos' opening brief (Plaintiff).  This is Defendant's first request for an extension of time and the second request in the above-captioned matter.  The due date for Defendant's response was on March 3, 2016, and the new date would be March 14, 2016.  Defense counsel requests this additional time because she mis-calendared the due date for her response as the due date for Plaintiff's reply brief.  Defense counsel requests additional time to adequately address the issues Mr.

Ramos raises in his opening brief.  Plaintiff's counsel has represented that he does not oppose this motion.  Defendant further requests that the Court's Scheduling Order be modified accordingly.

           Respectfully submitted,

Date: March 9, 2016     BENJAMIN B. WAGNER
            United States Attorney

            By: /s/ *Sharon Lahey*
            SHARON LAHEY
            Special Assistant United States Attorney
            Attorney for Defendant

### **ORDER**

 GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED.  DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE MARCH 14, 2016.  ANY REPLY THERETO SHALL BE FILED ON OR BEFORE MARCH 28, 2016.

IT IS SO ORDERED.

 Dated:  **March 9, 2016**      **/s/ Sandra M. Snyder**
               UNITED STATES MAGISTRATE JUDGE